PROB 12C
(REV. 12/04)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**
JAN 23 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gethsemany Hernandez                    Case Number: DR:21-CR-01292(02)

Name of Sentencing Judicial Officer: Honorable Alia Moses, Chief United States District Judge

Date of Original Sentence: January 12, 2024

Original Offense: Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. § 1324

Original Sentence: Thirty-three (33) months imprisonment, followed by three (3) years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: February 12, 2024

Assistant U.S. Attorney: Ekua Ayatra Assabill          Defense Attorney: Juan Neri III

## PREVIOUS COURT ACTION

None.

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.** |

According to a Probable Cause Affidavit (Case No. B250109-0002), on January 9, 2025, a Brooks County Sheriff's Office Deputy was dispatched to the United States Border Patrol (USBP) Checkpoint located in Falfurrias, Texas, in reference to a female subject with methamphetamine in her possession.

The deputy arrived on scene and was advised that USBP agents were performing routine immigration inspection duties and observed a black Toyota Camry occupied by two individuals, one male and one female. The male was later identified at Isaac Sandate, and he was driving the vehicle. The female was later identified as Gethsemany Hernandez, and she was in the passenger seat. The agents began routine questioning, and a canine performed a "free air sniff." The canine alerted to the vehicle, and the vehicle was moved to secondary inspection for further investigation.

Sandate and Hernandez were asked to exit the vehicle while agents conducted a vehicle search. USBP agents discovered 45 grams of marijuana concealed inside a black backpack located on the passenger seat and trace amounts of cocaine were discovered inside the vehicle's center console. Sandate and Hernandez were arrested.

During an initial pat down search of Hernandez, agents located "31 grams of THC pen." During a secondary search, agents located less than one gram of methamphetamine inside Hernandez's undergarments. Hernandez was arrested for being in possession of methamphetamine and "THC."

On January 14, 2025, the probation officer made telephonic contact with the arresting deputy, who reported Sandate took ownership of the 45 grams of marijuana. He was cited and released on scene with Hernandez's vehicle.

Hernandez was arrested for Possession of a Controlled Substance, Penalty Group One, less than One Gram, in violation of Texas Health and Safety Code § 481.115(B), a state jail felony. The deputy reported neither Sandate or Hernandez appeared to be under the influence of drugs or alcohol at the time of the incident. The deputy also stated they were vague and reported traveling "from the Valley." Hernandez bonded out on January 10, 2025.

2. **Mandatory Condition No. 2: The defendant shall not unlawfully possess a controlled substance.**

On January 9, 2025, Hernandez was in possession of less than one gram of methamphetamine.

On January 9, 2025, Hernandez was in possession of 31 grams of marijuana (THC pen).

3. **Standard Condition No. 3: The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the Court.**

On January 9, 2025, Hernandez was arrested at the USBP Checkpoint located in Falfurrias, Texas, which is located inside Brooks County. Hernandez traveled outside the Western District of Texas without obtaining permission from the Court.

4. **Standard Condition No. 4: The defendant shall answer truthfully the questions asked by the probation officer.**

On January 14, 2025, the probation officer contacted Hernandez and asked her if she had any recent contact with law enforcement officials.

Hernandez denied any contact which needed to be reported to the probation officer. The probation officer questioned her about being arrested on January 9, 2025, for drug possession. Hernandez admitted to the arrest but denied having methamphetamine or marijuana on her person during the search. She failed to answer truthfully the questions asked by the probation officer.

5. **Standard Condition No. 8: The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the Court.**

On January 9, 2025, Hernandez communicated and interacted with someone she knew was engaged in criminal activity. Specifically, Hernandez's boyfriend took responsibility for 45 grams of marijuana that was inside a backpack. On January 14, 2025, the probation officer contacted Hernandez by phone, and she admitted to knowing that her boyfriend had marijuana in the backpack.

6. **Standard Condition No. 9: If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.**

On December 14, 2024, Hernandez had contact with a law enforcement officer and failed to notify the probation officer within 72 hours.

On January 9, 2025, Hernandez had contact with a law enforcement officer and failed to notify the probation officer within 72 hours.

**U.S. Probation Officer Recommendation:** Gethsemany Hernandez was under federal supervision for approximately ten (10) months at the time of her arrest for the new law violation. She had been employed and maintaining a stable residence. The probation officer reinforced her efforts to self-manage; however, she appears to have reverted to association with an antisocial peer network.

Furthermore, Hernandez remains under supervision with Bexar County Adult Probation, in reference to a Driving While Intoxicated charge; case number CC625495, in Bexar County Court at Law 5; 04/04/2024 - Deferred Adjudication Probation was Granted.

The probation office respectfully recommends a petition for warrant be filed, and a warrant be issued for her arrest. The present violations are deferred to the Court for ruling.

Gethsemany Hernandez
DR:21-CR-01292(02)
January 17, 2025
Page 4

☒ The term of supervision should be
  ☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)
  ☐ extended for __ years, for a total term of __ years.

☐ The conditions of supervision should be modified as follows:

Approved:

_____
Arthur R. Galvan
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5315

Respectfully submitted,

_____
Natalie Balderas
Senior U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5339
Date: January 17, 2025

Approved:

_____
Katherine Gorski
Supervisory Assistant U.S. Attorney
City Chief, Del Rio Division

cc: Brenda Trejo-Olivarri
    Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a WARRANT. Bond is set in the amount of $ _Detain_ cash/surety with supervision by the United States Probation Office to continue as a condition of release.

☐ The issuance of a SUMMONS.

☐ Other

_____
Honorable Alia Moses
Chief U.S. District Judge

1/23/25
Date